**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JESSICA WARD, individually, and on behalf of all others similarly situated, | Case No. 1:20-cv-1236 |
| Plaintiff, | |
| -v- | |
| CONSUMERS CREDIT UNION, and DOES 1 through 5, inclusive, | |
| Defendant. | |

___

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
___

This matter having come before the Court upon the stipulation of Plaintiff and Defendant Consumers Credit Union, by and through their respective counsel; and the parties having agreed to a dismissal of all claims in this action with prejudice and without costs or fees to any party;, now therefore;

**IT IS HEREBY ORDERED** that Plaintiff's claims are hereby dismissed with prejudice and without fees or costs to any party.

IT IS SO ORDERED.

Date: _____                        _____
                                            Judge of United States District Court

**THIS ORDER RESOLVES ALL PENDING CLAIMS AND**
**CLOSES THE CASE**

**Approved as to form and content:**

*Attorneys for Defendant Consumers Credit Union*
/s/Michael V. Krempa
Charles J. Holzman (P35625)
Michael Krempa (P76494)
Holzman Law, PLLC
28366 Franklin Rd.
Southfield, MI 48034
(248) 352-4340
cholzman@holzmanlaw.com
mkrempa@holzmanlaw.com

*Attorneys for Plaintiff*

/s/Richard D. McCune
Richard D. McCune (CA State Bar No. 132124)*
rdm@mccunewright.com
David C. Wright (CA State Bar No. 177468)*
dcw@mccunewright.com
MCCUNE WRIGHT AREVALO, LLP
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557 1275

Philip J. Goodman, Of Counsel (P14168)
PJGoodman1@aol.com
Eric B. Abramson (P60949)
eabramsonesq@gmail.com
SERLING AND ABRAMSON, P.C.
280 N. Old Woodward Ave., Suite 407
Birmingham, MI 48009
Telephone: (248) 647-6966

Emily J. Kirk (IL Bar No. 6275282)*
ejk@mccunewright.com
McCUNE WRIGHT AREVALO, LLP
231 N. Main Street, Suite 20
Edwardsville, IL 62025
Telephone: (618) 307-6116
Facsimile: (618) 307-6161
Attorneys for Plaintiff Jessica Ward and the Putative Class
*Admitted to Practice Pro Hac Vice